UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWIN PALACIOS,<br><br>    Petitioner<br><br>v.<br><br>JOE A. LIZARRAGA, Acting Warden,<br><br>    Respondent. | Case No: 11-03582 SBA (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 9/5/14

                                                                  SAUNDRA BROWN ARMSTRONG
                                                                  United States District Judge

P:\PRO-SE\SBA\HC.11\Palacios3582.jud.docx